UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY CARL ECCARIUS,

           Petitioner,

     v.

MENDOCINO COUNTY SOCIAL
SERVICES, et al.

           Respondents.

Case No.  22-cv-05417-HSG

**JUDGMENT**

For the reasons set forth in the Court's Order of Dismissal, Denying Certificate of Appealability, this petition is DISMISSED for lack of jurisdiction and a certificate of appealability is DENIED.  The Clerk shall enter judgment in favor of Respondents and against Petitioner, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:   10/13/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California