UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY CARL ECCARIUS,

            Plaintiff,

       v.

MENDOCINO COUNTY SOCIAL SERVICES,

            Defendant.

Case No. 22-cv-05417-HSG

**ORDER DENYING REQUEST TO REOPEN**

Re: Dkt. Nos. 24, 25

United States District Court
Northern District of California

Petitioner Anthony Carl Eccarius filed this *pro se* action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On October 13, 2022, the Court dismissed this action for lack of federal habeas jurisdiction because Petitioner was not in custody, and denied a certificate of appealability. Dkt. No. 6. Petitioner unsuccessfully challenged the dismissal in both the Ninth Circuit Court of Appeals and the United States Supreme Court. Dkt. Nos. 11, 12, 14-16. Despite the case being closed, Petitioner continues to file pleadings in this case, all of which fail to address the jurisdictional issue that was the basis for dismissal. Dkt. Nos. 18-28.

Petitioner has filed a motion to reopen this case pursuant to Fed. R. Civ. P. 60(b), arguing that "ongoing and escalating constitutional violations stemming from executive overreach, now manifesting through the operation of a newly created federal entity – the Department of Government Efficiency ("DOGE")" require that this case be reopened to address the structural denial of his rights under the 10th and 14th Amendments. Dkt. No. 24. Petitioner's motion to reopen does not address the jurisdictional issue that was the basis for dismissal of this action. Petitioner cannot seek relief for constitutional violations in a federal habeas petition when he is not in custody and the purported constitutional violations are unrelated to his custody. The Court therefore DENIES Petitioner's request to reopen this case. Dkt. No. 24. As this case remains

closed, the Court DENIES as moot Petitioner's request for a temporary restraining order against DOGE. Dkt. No. 25. Any future filings which raise issues unrelated to the jurisdictional issue that was the basis for dismissal of this action will be summarily denied.

This order terminates Dkt. Nos. 24, 25.

**IT IS SO ORDERED.**

Dated:   1/23/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2